UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-8539-RMM

UNITED STATES OF AMERICA

vs.

GARDSTENE AUTRY HUNTER,

        Defendant.
_____/

FILED BY ___SP___ D.C.

Nov 1, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___ No _X_

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___ No _X_

                    Respectfully submitted,

                    MARKENZY LAPOINTE
                    UNITED STATES ATTORNEY

BY: _____
                    Susan Osborne
                    Assistant United States Attorney
                    Court No. A5500797
                    500 South Australian Ave, Suite 400
                    West Palm Beach, Florida 33401
                    TEL (561) 209-1003

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 23-mj-8539-RMM |
| Gardstene Autry HUNTER, | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 31, 2023   in the county of   Palm Beach   in the Southern District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(i) | Attempting to bring aliens into the United States |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Alexandre Schmidt Jr.*
Complainant's signature

Special Agent Alexandre Schmidt, Jr., HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4.1, this _____ day of November 2023.

Date: 11/1/23

Judge's signature

City and state:   West Palm Beach, FL       Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## APPLICATION IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Alexandre Schmidt Jr., first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed since August of 2021. As a Special Agent, I have received extensive training and have been assigned to conduct investigations of criminal violations of the United States Code concerning illegal drug trafficking, importation of narcotics into the United States, and criminal violations of immigration laws. Furthermore, I am trained and experienced in the methods drug traffickers use in importing, concealing, processing, packaging, warehousing, and distributing controlled substances. I am responsible for investigating allegations of narcotics entering the United States and investigating violations of statutes relating to the immigration and customs laws of the United States, including Titles 8, 18, 21 and 31 of the United States Code. Prior to my work as a Special Agent, I was employed as a Deportation Officer by the U.S. Department of Homeland Security, Enforcement and Removal Operations. As part of my duties as a Deportation Officer, I initiated immigration proceedings involving persons illegally residing in the United States pursuant to the relevant provisions and statutes set forth in the Immigration and Nationality Act.

2. The facts set forth in this affidavit are based on my personal knowledge; information obtained in this investigation from others, including other law enforcement officers and information gained through training and experience. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included each and every fact known to me and law enforcement concerning this investigation, but have set forth only those facts necessary

to establish probable cause to believe that on or about October 31, 2023, Gardstene Autry HUNTER, a citizen and national of the United States, committed the crime of Attempting to Illegally Bring Aliens into the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

## PROBABLE CAUSE

3. On October 31, 2023, a U.S. Customs and Border Protection (CBP) Air and Marine Operations (AMO) air asset detected a vessel of interest (VOI) approximately 18 nautical miles east of Lauderdale-by-the-Sea, traveling in a northwesterly direction towards the United States. A CBP marine vessel was subsequently dispatched to investigate. The CBP small boat contacted the VOI, a 30-foot center-console style vessel bearing Florida registration number "FL5852LC," approximately 5 nautical miles east of Boca Inlet, Florida.

4. Law enforcement personnel observed the operator at the helm of the VOI to be wearing a blue shirt and identified the operator as Gardstene Autry HUNTER, a United States citizen. A pat-down of HUNTER revealed a loaded firearm concealed inside his waistband. There were additional persons visible on the deck of the VOI.

5. CBP personnel identified a total of 5 foreign nationals on-board, not including the operator, and none of whom possessed any documentation to lawfully enter the United States. 1 passenger was identified as Bahamian, and the remaining passengers were identified as Haitian; listed as follows:

   a. H.N., an adult male citizen of the Bahamas,
   b. G.J., an adult male citizen of Haiti,
   c. E.T., an adult male citizen of Haiti,
   d. K.D., an adult female citizen of Haiti, and
   e. UNK, an adult female citizen of Haiti.

6. All 5 passengers onboard the VOI were transferred to the USCG cutter *Man of War* for biometric processing. HUNTER was transported to the U.S. Border Patrol station in Riviera Beach for interview.

7. A subsequent search of the VOI revealed 8 individually wrapped kilo-style parcels, of similar size, containing suspected narcotics (cocaine) concealed within the forward deck hatch, and located between the cabin and the console. This style of packaging is similar to previous law enforcement seizures involving the importation of narcotics. The 8 parcels weighed approximately 8.9 kilograms, and the contents were all tested using a separate NarcoPouch cocaine test kit for each parcel. All tested positive for cocaine. A large amount of bulk cash currency was also discovered inside the console of the VOI. The bulk cash was found separated into smaller bundles and held together by rubber bands.

WHEREFORE, based on the foregoing, your affiant respectfully submits that probable cause exists to charge Gardstene Autry HUNTER with Attempting to Illegally Bring Aliens into the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

_Alexandre Schmidt Jr._
Alexandre Schmidt, Jr.
Special Agent
Homeland Security Investigations

Sworn and Attested to me by telephone (Facetime) per Fed. Crim.R.P. 4.1, this ___1___ day of November 2023.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **GARDSTENE AUTRY HUNTER**

**Case No**: 23-mj-8539-RMM

Count #: 1

Attempting to Bring Aliens into the United States

Title 8, United States Code, Section 1324(a)(1)(A)(i)

\*
 Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): n/a
* Max. Supervised Release: 3 years
* Max. Fine: $250,000, and a $100 special assessment upon conviction, plus a $5,000 special assessment under Title 18, United States Code, Section 3014(a)(5)

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**